IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHABAD-LUBAVITCH OF GREATER MILFORD, INC.<br><br>Plaintiff<br><br>v.<br><br>THE TOWN OF HOLLISTON and ANDREW PORTER, individually<br><br>Defendants | CIVIL ACTION NO:_____<br><br>03-40278 |

AFFIDAVIT OF RABBI MENACHEM KIVMAN IN SUPPORT OF THE MOTION OF THE PLAINTIFF, CHABAD LUBAVITCH OF GREATER MILFORD, INC. FOR A TEMPORARY RESTRAINING ORDER, EX PARTE, PURSUANT TO F.R. CIV. P. 65(b) PENDING A HEARING ON A MOTION FOR PRELIMINARY INJUNCTION PURSUANT TO F.R. CIV. P. 65(a), AND MOTION OF THE PLAINTIFF, CHABAD LUBAVITCH OF GREATER MILFORD, INC. FOR A PRELIMINARY INJUNCTION PURSUANT TO F.R. CIV. P. 65(a)

I, Rabbi Menachem Kivman aver and affirm as follows:

1. I am the Executive Director of the Chabad Lubavitch of Greater Milford, Inc.
2. I am in custody of a tape-recorded telephone message from Defendant Andrew Porter, in which he relates that "will not and cannot and permit" the placement of my menorah on "town-owned land."
3. Preparation for the event of placing a menorah takes approximately one week. I would have to secure the menorah from the supplier in New Jersey, assemble and deliver the menorah to the site, plan for the peripheral festivities and otherwise give notice to the community of the event.
4. If I do not have the lead-time to make these preparations, I will not be able to conduct the event.

Affirmed under the pains and penalties of perjury this 11th day of December, 2003

_____
Menachem Kivman