FILED
IN THE UNITED STATES DISTRICT COURT OFFICE
FOR THE CENTRAL DISTRICT OF MASSACHUSETTS

2003 DEC 15  A 8: 58

U.S. DISTRICT COURT
DISTRICT OF MASS.

CHABAD-LUBAVITCH OF GREATER )
MILFORD, INC. )
)
    Plaintiff )
)
v. )    CIVIL ACTION NO:03-40278-NMG
)
THE TOWN OF HOLLISTON and )
ANDREW PORTER, individually )
)
    Defendants )

DOCKETED

SUPPLEMENTAL MEMORANDUM IN SUPPORT OF THE
MOTION OF THE PLAINTIFF, CHABAD LUBAVITCH OF GREATER MILFORD, INC.
FOR A TEMPORARY RESTRAINING ORDER, EX PARTE, PURSUANT TO F.R. CIV. P.
65(b) PENDING A HEARING ON A MOTION FOR PRELIMINARY INJUNCTION
PURSUANT TO F.R. C. P. 65(a), AND  MOTION OF THE PLAINTIFF, CHABAD
LUBAVITCH OF GREATER MILFORD, INC. FOR A PRELIMINARY INJUNCTION
PURSUANT TO F.R.C. P. 65(a)


    Now comes the Plaintiff, Chabad Lubavitch of Greater Milford, Inc. ("the Plaintiff") and

supplements its memorandum of December 12, 2003 to provide the Court with several pieces of

information which have become available to the Plaintiff which further demonstrate the lack of

non content-neutral restrictions on free speech in the town of Holliston being challenged by the

Plaintiff.

    The Plaintiff attaches as Exhibit A an article from the MetroWest Daily News dated

December 13, 2003 which contains a statement by Holliston Fire Chief Michael Cassidy that

contradicts earlier statements by Defendant Andrew Porter referenced in the prior moving

papers.  In Exhibit A, Cassidy states that "the current decorations at the station are such that the



overall message of the entire display is not exclusively or primarily religious....Wreaths at the Central Fire Station and sub-stations were donated by a local florist and a Cub Scout troop...A local Brownie troop yesterday morning dropped off homemade snowflakes which will also be displayed."[1]

Depositions of the local florist, the Cub Scout and Brownie leaders in this case are expected to reveal that these entities were not required to have their displays pre-screened by the Board of Selectmen, nor were they required to explain their displays or otherwise leap through bureaucratic hurdles. The same will be the case of the depositions of the Holliston High School Parents Club. Christmas displays and advertising for Christmas events were routinely accepted by the town of Holliston for public buildings notwithstanding the stated "oral policy" of limiting holiday displays. This conduct is a flagrant violation of the holdings of the United States Supreme Court and unconstitutional as a matter of law.

Exhibit B. is another article from the MetroWest Daily News written by Paul Rondino, which commences with the statement that "Being a Christian, I particularly enjoy the symbols that surround Christmas." The article explains the Christian meaning of these symbols: "Most of the symbols, like the candy cane (representing the Shepherd's staff), wreaths (celebrating eternity), lights (symbolizing the arrival of the Light of the World) *have direct links to Christian ideals and teachings*."[2]

Public places in Holliston are admittedly adorned with lights, wreaths and candy canes, thus further demonstrating that the oral policy of barring "religious" objects in the town of Holliston is *not* town policy or that such a policy does not apply to Christian symbols with

---

[1] Earlier, the Selectmen had stated that Santa Claus was the only permitted religious display.
[2] The Plaintiff will produce expert testimony at trial that the Christmas wreath is also representative of the crown of thorns in living, green materials representing the birth side of the story of Jesus, and that the stockings represent the gifts delivered by the three wise men. Curiously and ironically, the only element of the Christmas story missing from the town of Holliston Christmas display at Town Hall is the three wise men.

"direct links to Christian ideals and teachings." The town is fully decorated with wreaths, lights and candy canes, not to mention Santa Claus, a representation of the Christian bishop, St. Nicholas who was born on December 6, 343.

Cassidy's statement that the displays permitted by the town of Holliston are not "primarily religious" is simply not true. As the article by Mr. Rondino makes clear, the decorations are *entirely* religious, The so-called policy of the town of Holliston is not content neutral. The so-called policy is selective based upon content, and is patently unconstitutional as a matter of law. [3]

Finally, the Plaintiff attaches as Exhibit C an Affidavit of Rabbi Levi Fogelman, who placed the menorah at the town of Holliston in 1987. As his testimony states, he was not required to appear at a meeting of the Board of Selectmen in order to place the menorah, nor was he required to provide paperwork or provide explanations of his display to the town of Holliston. A review of Holliston town records does not indicate that any policy changes were made between 1987 and 2003 that would change the procedures for erecting holiday displays. It appears that the road-blocks being placed before the Plaintiff in 2003 have nothing to do with town by-laws, ordinances, "oral policies," or established and accepted traditions of governance in the town of Holliston. These road-blocks appear to be based entirely on the content of the expression, conduct which is unconstitutional as a matter of law.

For the foregoing reasons, as stated in the original moving papers and in this supplement, the Plaintiff seeks injunctive relief barring the officials of the town of Holliston from interfering

---

[3] As this article also demonstrates, it is not just Jewish people who view the current displays in Holliston as Christian. That being the case, it should not be noted that the Plaintiff, in this lawsuit, is not raising objections to these displays; rather, this case focuses on the non-neutral application of "policy" in the town of Holliston that discriminates based upon content of the message expressed.

3

with the Plaintiff's rights under the First and Fourteenth Amendment, and as consistent with the by-laws of the town of Holliston.

Respectfully Submitted,
**The Plaintiff**

By its attorney,

Robert N. Meltzer, BBO #564745
P.O. Box 1459
Framingham, MA 01701
Phone: (508) 872-7116

Dated: December 15, 2003

4



PHOTO BY LAUREN McFALLS

*the cheers of*

# Menorah case goes to court

## Rabbi asks for ruling he has right to erect display on town property

**By Theresa Edo**
NEWS STAFF WRITER

HOLLISTON – Hoping to illuminate the holiday season, Rabbi Mendy Kivman yesterday filed for a restraining order in federal court against the town to allow him to erect a Jewish menorah on town property.

Kivman, of the Milford Chabad Center, said Holliston is one of the few towns in the Milford area that does not display a menorah, a nine-branch candelabrum used in the Hanukkah celebration, on town property.

"Take a look around. Name a town around here that doesn't have a menorah," Rabbi Kivman said in an interview Thursday.

Kivman, of Milford, is scheduled to speak with selectmen Monday night at 6:30 to discuss

the issue.

Framingham attorney Rob Meltzer, who is representing Kivman, said he filed court papers yesterday morning at U.S. District Court in Worcester. The civil action seeks a temporary restraining order that would order the town not to prevent Kivman from erecting the menorah at Town Hall.



**Rabbi Kivman**

Selectman Andrew Porter, who is named in the restraining order, said Tuesday night the town does not allow holiday decorations with any "religious connotation."

The town's bylaws do not ex-
MENORAH, *Page A5*

MENORAH, *Page A5*

---

## alogy

### 1 immigrants

ected outright against ," said Weston-Dyer, by the suggestion. e they even think that agree? It was both inl embarrassing."

:, co-founded last Rizoli and Jeffrey Irawn sharp criticism y community leaders i stated at the first at illegal immigrants d" Framingham.

en, the group has n its statements and o gain support from l people and the immunity.

---

# Suspect sought in pair of break-ins

## Southborough Police say man seen fleeing scene on rare 10-speed bicycle

**By Michelle Muellenberg**
NEWS STAFF WRITER

SOUTHBOROUGH – Police are searching for a man in his 20s who fled on a rare Italian bike he allegedly stole after break

10-speed bike heading toward Marlborough, said Detective Steve Valentine.

A more detailed composite will be completed and released

---

heir kid a how, the liminished an only do

ccines was upply but a ue to in- the virus, DPH said.

relaying in- lic through las at most a unusually at high-risk major out- l.

the virus or commended ough hand- one's face neezing and wing flu-like i fever com- ffy nose or

usking local give vaccines sk, which in- omen, babies is, and adults ne two years ases such as nd heart dis- isidered high son.

vaccine avail- ealthy people manufacturer !5 rebate at

holding its last r from 2 to 4 Hall in the ng. Natick is Monday, Dec. p.m. at Town is limited and ly to those at said.

an be reached -4424 or v)

ESS!!

IMPERIAL SELLS FOR LES

DAVE FLEISHER

JON JOSEPH





A5

2003

# Rabbi seeks order to put up menorah

**MENORAH,** *From A1*
pressly forbid a religious symbol from being put on town property, Meltzer said. But Christmas decorations are set up in several areas in Town Hall, he said.

By adorning public spaces with Christmas decorations including wreaths, gift stockings and a plastic, illuminated Santa Claus, the town is acting in a manner inconsistent with its own bylaw, the motion for the restraining order read.

"Clearly, the restriction on the holiday display does not apply to all faiths and means of expression," the restraining order reads. "The town of Holliston has acted in a non-neutral manner, specifically barring secular and cultural symbols of Jewish orientation and connotation."

Kivman said he took legal action yesterday because he needs approximately one week to order, assemble and deliver the menorah to the site. The eight-day Jewish Festival of Lights begins Friday at sundown.

Kivman illuminates menorahs on public property in local towns each year and has previously built an over-sized menorah on top of his car.

"The menorah in essence has almost the same meaning as the (American) flag. It represents religious freedom," said Kivman.

Kivman also filed in court a photograph of a menorah in front of Holliston Town Hall,

which was set up in 1987 by the Chabad Center of Natick.

The U.S. Supreme Court has ruled that the menorah is a secular symbol in the spirit of the holiday season, said Meltzer.

"The United State Supreme Court has spoken loudly and clearly on this issue. Placement of a menorah on public property is not religious expression, but constitutionally protected first amendment free speech rights," the court papers read.

Kivman said the Holliston Fire Station traditionally decorates with a Christmas tree and Santa Claus. Those items, however, were removed a few years ago, Fire Chief Michael Cassidy said.

"The current decorations at the station are such that the overall message of the entire display is not exclusively or primarily religious," said Cassidy.

Wreathes at the Central Fire Station and sub-stations were donated by a local florist and a Cub Scout troop, said Cassidy. A local Brownie troop yesterday morning dropped off homemade snowflakes which will also be displayed, said Cassidy.

"I hope that no one choses to take issue with paper snowflakes; I certainly don't consider them to be 'religious' symbols of the holiday season," said Cassidy.

*(Theresa Edo can be reached at 508-626-3919 or tedo@cnc.com.)*



THE DAILY NEWS • SUNDAY, DECEMBER 14, 2003

# COMMUNITY ROU

## KEEPING TRACK OF NEWS & PEOPLE FROM YO

### PAUL RONDINA

# Symbols of Christmas are rooted in tradition



Being a Christian, I particularly enjoy the symbols that surround Christmas. Some are anchored in tradition, some in myth and some in language mis-translations.

Are you familiar with the roots and symbols of Christmas? If not, here's a quick overview of a few facts that I have recently learned.

The origin of the word comes from the concept of "Mass for Christ" or "Christ's Mass," from the Roman Catholic Liturgy.

As for the date, well, here's where the fudge factor came in. When Christianity was trying to replace ancient Roman religious practices, it encountered resistance. Attendees at old Roman orgy and toga parties had a hard time letting these wild bashes go in favor of fasting, sack cloth and ashes routines. The Roman Saturnalia, which celebrated the return of longer daylight, was a seasonal celebration occurring on Dec. 21. Unable to stop this partying, the newly empire-enthroned Christian religion decided to substitute the birth of Christ in place of the Saturnalia shenanigans. In reality, Christ was born in the spring, actually around 7 B.C, say some scholars.

According to Sir Laurence Gardner, an eminent British royal and chivalric genealogist, several ideas have cropped up over the years due to mis-translations of ancient texts. One has to do with the whole "no room in the inn" and stable scenario. Inns did not exist at that time. Most travelers stayed either with relatives or in people's homes.

Neither is there any mention of a stable in the Gospels. "Stable" is an English word for a place to keep horses. People of Christ's time rode donkeys, camels or oxen and kept them

## COMMUNITY CAL

### ASHLAND
## St. Celilia's Craft fair

St. Cecilia's Family Craft Fair will be held Sunday, Dec. 14, 8 a.m. to 2 p.m. at the church's Family Center on Esty Street. The fair is part of the parish's Faith in Acton program.

### BELLINGHAM
## Get a letter from Santa

The Bellingham Women of Today will send a letter from Santa Claus to your child for a cost of $2 each or three for $5. Send the child's name and address to Bellingham Women of Today, P.O. Box 405, Bellingham, MA 02019 by Dec. 15.

### FRAMINGHAM
## 'Mr. Scrooge'

'Mr. Scrooge,' a musical adaptation of Dickens' "A Christmas Carol," will be performed by the Marian Mainstagers on Sunday, Dec. 14, at 3 p.m. at the Marian High School Auditorium, 473 Union Ave., Framingham. Tickets are $7 for adults and $5 for students and seniors. Call the school at 508-875-7646.

### HOPKINTON
## MetroWest Symphony holiday concert

Holiday music will be performed by the MetroWest Symphony on Sunday, Dec. 14, at 3 p.m. at Hopkinton High School Auditorium. Highlights include the Vivaldi Concerto for trumpet and soprano, "Troika" from the

Lieutenant Kije Suite by Prokofiev, and traditional favorites including "Sleigh Ride" and "The Christmas Festival" medley. Admission is $15 for adults and $6 for seniors and children. Visit the Web site for directions at www.metrowestsymphony.org.

### HUDSON
## Photographer's work on exhibit

The Arts Alliance will exhibit the work of photographer Bill Peters at Hudson Town Hall, 78 Main St., beginning Monday, Dec. 15. The exhibit will be on display for three months. About 20 photographs will be exhibited and all will be for sale. The hours are 8 a.m. to 4:30 p.m., Monday through Friday. For details, call 978-562-1646.

### MARLBOROUGH
## Mastersingers to perform

The Assabet Valley Mastersingers will present a "Messiah Sing" on Sunday, Dec. 14 at 4 p.m. at First Church Congregational, High Street and Bolton, behind the common. There is a suggested donation of $5. For details, call 978-562-9838.

### MEDWAY
## Holiday concert at the library

The Medway Public Library will present an afternoon holiday concert Thursday, Dec. 18, 3-5 p.m. in the alcove of the library. Local musician,

Peter Paulousky
guitar repertoir
Light refreshmer

### N
## 'Two Histo

The Morse In sents a panel o presentation on Bostons - Bosto setts Bay and B at 2:30 p.m. at Natick. For mo 508-647-6523.

### NA
## 'Astro Hol

Ed Jameson, fo Natick High Scho host "Astronom Wednesday, Dec. Broadmoor Wildl Eliot St. in Natic through a telesco and bright winte rive between 6 a and cookies. The c and $7 for childr vance by calling 5

### NORTHE
## Christma

The Northboro nity Chorus prese Christmas Concer 14, at 3:30 p.m. at al High School. S pear. Tickets are 508-366-7307.

## FIND-A-PET

...what about the whole manger thing.

According to this, the English translators used mangers as cribs for newborns. The boxes were brought indoors, and, when cleaned up, did the job nicely. So Baby Jesus was "laid in a manger," but in a room not a stable.

One other thing to consider; Joseph was not a carpenter. Here again the English translators bumped up against a Greek word that translated into "Master of the Craft." The English language of the 17th Century was somewhat limited so the translators had to do some fancy word-smithing. So Joseph, a master craftsman, became a carpenter.

Most of the other symbols, like the candy cane (representing the Shepherd's staff, wreaths (celebrating eternity), lights (symbolizing the arrival of the Light of the World), have direct links to Christian ideals and teachings. The tree is a Martin Luther addition who, when walking through the woods one wintery, snowy, starry night, noticed how the light danced off the snow covered pine trees, reminding him of the Light of Christ. He brought one home, put it up in the family room and voila, instant new tradition.

The one tradition I like is the song "12 Days of Christmas." This Irish song it seems is an encoded doctrine-teaching chant for kids. Hidden in it are some basic Christian doctrines, which had to be disguised because religious persecution was afoot.

Here's a quick run down of the code. Thanks to Marion Geldart from St. Luke's Church in Hudson for this information:

The partridge in the pear tree is Christ "hanging on the crucifixion tree."

Two turtle doves are the Old and New Testament scriptures.

Three French hens mean faith, hope and charity.

Four calling birds are the four Gospels.

Five golden rings are the first five books of the Old Testament.

Six geese a-laying are the six days of creation.

Seven swans a-swimming are the seven sacraments.

Eight maids a-milking are the eight Beatitudes.

Nine ladies dancing are nine fruits of the Holy Spirit.

Ten lords a-leaping are the 10 Commandments.

Eleven pipers piping represent the 11 faithful apostles.

Twelve drummers drumming are the 12 points of the Apostle's Creed.

And for my Christmas wish... Peace. Everywhere! Now! Merry Christmas.

*To reach Paul Rondina: 978-568-0739 or 6 Santos Dr., Hudson, 01749*

---

**DMH:** domestic medium hair
**DLH:** domestic long hair
**SF:** spayed female
**NM:** neutered male

## PET NEWS

**The following shelters** are urgently seeking foster homes for cats and kittens: Milford Humane Society, call Barbara at 508-473-7008; MetroWest Humane Society, call 508-875-3776.

### ALASKAN MALAMUTE RESCUE

Several adult dogs are available for adoption to approved homes. For details, call Susan Conant at 617-965-5542, Stephanie Bayliss at 508-533-8702 or Theresa Hawley at 508-667-6008.

### ASHLAND ANIMAL CARE CENTER

**MAXINE:** 2-year-old buff SF. Very sweet and quiet, loves everyone.

**TUPPER:** 1-year-old DSH calico SF – playful, good with cats, very people-oriented.

**JOSEPH:** 3-year-old DSH orange NM, double pawed. Gets along well with other cats and children.
For more information, contact Terry at 508-881-2400.

### ASHLAND ANIMAL CONTROL

For information, call 508-881-0122.

### ATLANTIC MALTESE RESCUE

For more information, call 508-520-4089 or visit the Web site www.adoptamalt.com.

### BAYPATH HUMANE SOCIETY

**EDNA:** 2-year-old DSH tortie SF. Very playful. Gets along well with other cats.

**KIA:** 7-month-old DSH black and white SF. Cute little girl, a little shy at first but very much still a kitten.

**TEACUP:** 2-year-old DSH brown tabby SF. Very sweet girl, quiet but loves to be held and petted. A definite lap cat.
For more information, contact Baypath Humane at 508-435-6938.

### BUDDY DOG HUMANE SOCIETY

**OREO:** 2-year-old DSH tiger and white SF. Very cute girl who love to play with people. Would do best as only pet.

**RUBY:** 4-year-old DSH gray SF. Shy at first but friendly once she gets to know you. Seems to do well with other cats.

**RITA:** 3-year-old DSH tortoise SF. Gets along well with dogs and other cats. Loves to play.
For more information, contact Buddy Dog at 978-443-6990.

### COCKER SPANIEL RESCUE

For more information, call Cocker Spaniel Rescue of New England, at 603-532-4248.

---

### DOBERMAN RESCUE UnLIMITED

Doberman Rescue Unlimited has many male Dobermans in a variety of ages, colors and personalities waiting to be adopted. They are in need of good homes for these boys. All dogs are vaccinated, heartworm tested, tattooed and spayed or neutered. Contact 978-454-9791 for an application.

### FRAMINGHAM TOWN KENNEL

All cats and kittens are up to date on their shots and have been tested for HIV/FelV, spayed, neutered prior to adoption. Framingham Animal Control has changed its adoption hours. Contact the Animal Control Officer at 508-620-4870.

### GREYHOUND FRIENDS INC.

Many dogs – all sizes, shapes and colors – available for immediate adoption. Contact Greyhound Friends at 508-435-5969.

### GREYSLAND GREYHOUND ADOPTIONS

Greysland always has many Greyhounds, in all colors and ages, available for adoption. Call or check out their Web site at www.greysland.org to see them, and to check out their volunteer opportunities.

### GREYHOUND RESCUE OF NEW ENGLAND

Many adult dogs, all shapes, sizes and colors, available for immediate adoption. Contact Greyhound Friends at 508-478-1617 or visit Web site at www.greyhoundrescuene.org.

### KITTY ANGELS

**LUCY and DESIRE:** 6-year-old DSH orange and white SF and 5-year-old DSH orange tiger with white mother and daughter team. Would like to stay together. A little shy.

**JASPER:** 3-year-old Flame Point Himalayan NM – very handsome and friendly.

**TABITHA and LADY:** 10-month-old DSH dilute torties SF - sisters who would like to stay together. Shy at first but very sweet.
Kitty Angels is now showing cats and kittens at Especially for Pets in Sudbury and PetsMart in Nashua, N.H. For more information, call 978-649-4681 or visit Web site kittyangels.org. Kitty Angels is an all-volunteer organization and they will return your call as soon as possible.

### MASSACHUSETTS FERRET FRIENDS

Thinking about getting a ferret? For more information about Ferret care and adoption, call 978-957-9886, or write P.O. Box 3123, Wakefield, MA 01880, or visit their Web site at www.maferrets.org.

---

male rabbit, white with brown...

**FELIX:** 1½-year-old black and whi... NM – very, very shy. Needs a... patient home.
Temporary foster homes needed... several cats. Kind, loving hom... needed to help further socializ... cats for adoption. Call 508-35... 1128. Adoptions by appointm...

### METROWEST HUMANE SOCIETY

**RILEY, RORY, CASSIE & ANNIE:** 8... week-old DSH kittens, three fe... males, one male, all black an... white.

**ROBBIE & CLOVER:** 4-month-old b... and white DSH brother and si... Very friendly and playful. Must... together.

**LEIGH'S GROUP:** Four kittens, 11... weeks old, DSH, all tigers with... white. Adoption hours are Sun... 1 to 4 p.m., Wednesday, 6:30... p.m., and Thursday, 5:30 to 7... The shelter is full to the brim... cats. Check out Web site www.metrowesthumane.petfi... er.org or call 508-875-3776.

### MILFORD ANIMAL CONT...

**MR. KEYES:** 4-year-old orange tab... NM. FIV+, would do best as o... cat. Seems to be fine with no... threatening dogs, happy wher... you are.
Several adult dogs are available... adoption. Contact the dog off... for appointment at 508-473-... between 8 a.m. and 8 p.m.

### MILFORD HUMANE SOCI...

**At PetsMart in Bellingham:**
**SWEETNESS:** 2-year-old DSH cali... Sweet and friendly. Very distr... at the shelter and does not sh... well, but will make someone a... wonderful pet.

**MAE:** 2-year-old black tuxedo SF... sweet and friendly. Loves peo... but must be only cat.

**MAY:** 4-year-old DSH all black SF... sweet girl. Has non-life-threat... medical issue that may or ma... need further attention.

**At the Milford shelter, 289 West...**
**RINGO:** 5-year-old DSH black an... white tuxedo NM – very sweet... loves attention. At little shy a... but affectionate once he gets... know you.

**EMILY:** 2-year-old SF dilute tiger,... distressed at being dumped. P... to be brushed and petted. Pu... lot.
For information, contact Milford... mane Society at 508-473-70... Cats and kittens are now bein... shown every Monday and Fri... from 7 to 9 p.m. and Saturda... a.m. to 4 p.m. at PetsMart in... Bellingham on Rte. 126. Also... new shelter, located at 289 W... St. in Milford, is now finally o... for adoptions on Wednesdays... 7 to 9 p.m. and Sundays from... 4 p.m.

### MILLIS/MEDWAY ANIMAL CONTROL

For more information, contact B...