IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHABAD-LUBAVITCH OF GREATER MILFORD, INC.  )<br>)<br>Plaintiff )<br>)<br>v.  )<br>)<br>THE TOWN OF HOLLISTON and )<br>ANDREW PORTER, individually )<br>)<br>Defendants )  | CIVIL ACTION NO:03-40278-NMG<br><br>DOCKETED |

AFFIDAVIT OF RABBI LEVI FOGELMAN IN SUPPORT OF THE
SUPPLEMENTAL MEMORANDUM IN SUPPORT OF THE
MOTION OF THE PLAINTIFF, CHABAD LUBAVITCH OF GREATER MILFORD, INC.
FOR A TEMPORARY RESTRAINING ORDER, EX PARTE, PURSUANT TO F.R. CIV. P.
65(b) PENDING A HEARING ON A MOTION FOR PRELIMINARY INJUNCTION
PURSUANT TO F.R. C. P. 65(a), AND MOTION OF THE PLAINTIFF, CHABAD
LUBAVITCH OF GREATER MILFORD, INC. FOR A PRELIMINARY INJUNCTION
PURSUANT TO F.R.C. P. 65(a)

I, Rabbi Levi Fogelman aver and affirm as follows:

1. I am the Executive Director of the Chabad Center of Natick, Inc.
2. In 1987, I placed a menorah in front of Town Hall in Holliston.
3. I was not required to fill out any paperwork, petition the board of selectman, attend meetings or otherwise explain or justify the content of the event
4. The event was uneventful, without any disruption to the town of Holliston, it business or the public health and safety.

Affirmed under the pains and penalties of perjury this 15th day of December, 2003

_____
Levi Fogelman

