AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

District of _Central Mass._

Chesterfield-Cibanski(?)

— v. —

Town of Holliston

**APPEARANCE**

CASE NUMBER: 03-40278-NMK(?)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Town of Holliston

Andrew Porter

I certify that I am admitted to practice in this court.

_Dec 15, 2003_
Date

_William W. Mayer_ (Signature)

William W. Mayer
Print Name

Bar Number: 325800(?)

PO Box 966
Address

Framingham   MA   01701
City   State   Zip Code

(508) 620-0488(?)   (508)
Phone Number   Fax Number
875-7728(?)