IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHABAD-LUBAVITCH OF GREATER MILFORD, INC. ) ) ) Plaintiff ) ) v. ) ) THE TOWN OF HOLLISTON and ) ANDREW PORTER, individually ) ) Defendants ) | CIVIL ACTION NO:03-40278-NMG |

NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)

Now comes the Plaintiff and dismisses this lawsuit without prejudice. No stipulation is required, as no answer has been filed by the Defendants.

Respectfully Submitted,
**The Plaintiff**

By its attorney,

Robert N. Meltzer, BBO #564745
P.O. Box 1459
Framingham, MA 01701
Phone: (508) 872-7116

Dated: March 3, 2004